# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 13-01395-JVS (KK)**　　　　　　　　　Date: **October 27, 2014**

Title:  **David Joseph Samson v. John McMahon, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>　　　　　　　　　<u>　　None　　</u>
Deputy Clerk　　　　　　　　Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　None　　　　　　　　　　　　　　　　　None

**PROCEEDINGS:　　(IN CHAMBERS)**

The Court is in receipt of Plaintiff's Request for Entry of Default (ECF Docket No. 74). Plaintiff's request is DENIED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　 dts

MINUTES FORM 11
CIVIL-GEN