UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1395-JVS (KKx) | Date | January 14, 2015 |
|---|---|---|---|
| Title | David Joseph Samson v. John McMahon, et al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | RS-4 1-14-15 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
| David Joseph Samson, Pro Se | Richard D. Luczak |

**Proceedings:**   **TELEPHONIC CONFERENCE Re: Discovery**

   The Court is in receipt of Plaintiff's various discovery motions (Docket Nos. 75, 88 and 89). After careful consideration of all relevant pleadings, and having heard argument from counsel and Mr. Samson pursuant to the telephonic conference conducted on January 14, 2015, the Court issues the following rulings:

(1) Plaintiff's request for production of documents relating to (i) the Internal investigation Report of the alleged incident and (ii) all Internal Investigation Reports involving defendant Gary Scheidemantle from November 2000 through November 2014 is GRANTED. The documents shall include all internally-handled disciplinary actions, personnel records, psychological evaluations, court claims, settlements, or other documents relating to allegations of excessive force by Defendant.

Defendant shall lodge such documents with the Court for an in camera review on or before **January 23, 2015.** If Defendant claims any portion of the lodged documents should not be produced to Plaintiff, Defendant shall concurrently lodge a list of such documents, including the basis or authority for which Defendant asserts the document should not be produced. Following the Court's review, the Court will determine what, if any, portion of the lodged documents should be provided to Plaintiff subject to a protective order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1439-VAP (KKx) | Date | January 14, 2015 |
|---|---|---|---|
| Title | David Joseph Samson v. John McMahon, et al. | | |

(2)  Plaintiff's request to have a court-appointed investigator review the taser used during the alleged incident is DENIED.  However, Defendant shall produce the taser used during the alleged incident for Plaintiff's review at the upcoming settlement conference which is anticipated to occur on **March 5, 2015**.

In addition, in light of the Court's referral of this case to the Prisoner Settlement Program, the Court continues the motion cut-off date from February 5, 2015 until **March 30, 2015**.

|  | : | 30 |
|---|---|---|
| Initials of Deputy Clerk | dts | |