# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-01395-JVS (KK) | Date | February 10, 2015 |
|---|---|---|---|
| Title | David Joseph Samson v. Scheidemantle, et. al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **Order Compelling Production of Certain Personnel Records Lodged for *In Camera* Review by Defendant Scheidemantle**

On January 14, 2015, the Court granted Plaintiff's request for production of documents relating to: (i) the Internal Investigation Report of the alleged excessive force incident at issue in this action; and (ii) all Internal Investigation Reports involving defendant Gary Scheidemantle from November 2000 through November 2014. (ECF Docket No. ("dkt") 99). The Court ordered defendant Scheidemantle to lodge such documents with the Court for *in camera* review. (*Id.*). On January 23, 2015, complying with the Court's January 14, 2015 Order, defendant Scheidemantle lodged his personnel records with the Court for *in camera* review. (Dkt. 100).

After carefully considering the content of the records and applicable law, the Court orders production of the entirety of the "Blue File" in defendant's personnel records, *with the exception of*: (1) a July 10, 2013 "Interoffice Memo" with the subject "Disposition of Citizen Complaint Regarding Deputy Gary Scheidemantle - P# 8088-03"; (2) page four of an "Administrative Investigation Report" containing conclusions regarding the incident at issue; and (3) records relating to Plaintiff's criminal history. Furthermore, defendant may redact the addresses of individuals that appear on the front page of the "Administrative Investigation Report" and may also redact lines 17-22 of page three of the "Administrative Investigation Report." Defendant need not produce the contents of the Yellow, Red, or Green files in defendant's personnel records.